**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUHYUN SO, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>HYATT HOTELS CORPORATION,<br>Defendant. | Case No. 2:25−cv−01298-AB-SSC<br>**[~~PROPOSED~~] ORDER ON STIPULATION RE: DISMISSAL OF DEFENDANT HYATT HOTELS CORPORATION WITHOUT PREJUDICE** |

The Court **APPROVES** the Parties' Stipulation Re: Dismissal of Defendant Hyatt Hotels Corporation Without Prejudice, and **ORDERS**:

1. Plaintiff must file the Amended Complaint by **April 11, 2025.**
2. Defendant Hyatt Hotels Corporation is dismissed without prejudice. Anticipated new defendant Hyatt Corporation must respond to the Amended Complaint by **May 9, 2025.**

**IT IS SO ORDERED.**

Dated: April 11, 2025

Hon. André Birotte Jr.
United States District Court Judge