Terence N. Hawley (SBN 179106)
Email: thawley@reedsmith.com
Quynh La (SBN 341162)
Email: qla@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Phone: (415) 543-8700
Fax: (415) 391-8269

*Attorneys for Defendant*
*Hyatt Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUHYUN SO, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

HYATT CORPORATION,

Defendant.

Case No. 2:25−cv−01298−AB−SSC

**DEFENDANT HYATT CORPORATION'S OPPOSITION TO PLAINTIFF'S "APPLICATION TO INCLUDE IMAGES IN OPPOSITION BRIEF"**

Date: August 8, 2025
Time: 10:00 a.m.
Judge: Hon. André Birotte Jr.
Courtroom: Courtroom 7B
First Street Courthouse
350 W. 1st Street, 10th Fl.
Los Angeles, CA 90012

Action Filed: February 14, 2025

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Defendant Hyatt Corporation ("Hyatt") opposes Plaintiff's so-called "Application to Include Images in Opposition Brief" ["Application," ECF No. 25] regarding his Opposition to Hyatt's Motion to Transfer Venue, or in the Alternative, to Dismiss and Strike Plaintiff's First Amended Complaint ["Motion," ECF No. 18].

As Hyatt established in its Motion, Plaintiff's Amended Complaint ["Complaint," ECF No. 15] uses cropped images of Hyatt's website that omit key acknowledgements, disclosures, and hyperlinks. *See, e.g.,* ECF No. 15 at ¶¶ 27-30 and ECF No. 18 at pp. 2-7. And Plaintiff fails to connect those truncated images to his own site interactions or his previously undisclosed World of Hyatt membership. *See* ECF No. 15 at ¶ 3. Plaintiff's Opposition [ECF No. 26] now seeks to deflect scrutiny from his Complaint by including multiple *new images* purportedly depicting portions of various websites, including Hyatt's and those of several third parties. These new images appear neither in Plaintiff's operative pleading nor his original complaint, and at least some of them have been altered or modified, with little or no context or explanation. Plaintiff's use of these images apparently pushed one version of his opposition brief (he filed two) over the 25-page limit set forth in this Court's Standing Order, prompting him to file the Application. Plaintiff's Application is procedurally and substantively invalid, prejudicial, and does not warrant "extraordinary relief." *See* ECF No. 9 at ¶ 17; *Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F. Supp. 488 (C.D. Cal. 1995). The Application should be denied, and Plaintiff should be required to re-file only the shorter, page-compliant version of his Opposition. *See* ECF No. 25-2.

*First*, the Application is procedurally deficient under the Local Rules and this Court's Standing Order. For example, Local Rule 7-19.1 requires an applicant "(a) to make reasonable, good faith efforts orally to advise counsel for all other parties, if known, of the date and substance of the proposed ex parte application and (b) to advise the Court in writing and under oath of efforts to contact other counsel and whether any other counsel, after such advice, opposes the application." Plaintiff made no effort to

contact Hyatt regarding his Application, despite receiving a 30-day extension of his opposition deadline [*see* ECF No. 22], and the Application includes no declaration. Instead, Hyatt learned of the Application upon filing, and the Application's title makes no reference to page limits.

Plaintiff also failed to comply with the Standing Order's requirement that he meet and confer about "***any*** potentially disputed matter . . . before presenting it to the Court." ECF No. 9 at ¶ 12(b) (emphasis in original). The Application is silent on this prerequisite as well, as Plaintiff did not attempt to confer with Hyatt, and thereby deprived Hyatt of, inter alia, any opportunity to discuss reciprocal extensions of page limits and/or filing deadlines. Accordingly, Plaintiff's Application also omits "a statement of opposing counsel's position" [*id*. at ¶ 17] because he never sought Hyatt's position. And because he made no outreach, he did not "notify [Hyatt] that opposing papers are due 48 hours (2 court days) after service." *Id.*

*Second*, Plaintiff's Application is not supported by a declaration or other evidence or argument demonstrating good cause for an extension of the page limits, let alone a need for "extraordinary relief"—particularly in the absence of notice or meet and confer. Plaintiff contends that the "full-sized" images from the oversized Opposition are needed for "ease of reference" and to show the "'overall design'" of Hyatt webpages that Plaintiff claims "both parties extensively reference in their briefing." ECF No. 25 at p. 1. However, multiple images that appear only in the oversized brief purportedly depict *third-party websites* that neither Plaintiff nor Hyatt has referenced before. *See, e.g.,* ECF 26 at 9, 11 and 16. In any event, Plaintiff's decision to include in *his Complaint* alleged screenshot images of Hyatt's website that omit important portions of the user interface is not good cause for an oversized opposition brief that includes an array of new images, including images from third parties. Moreover, Exhibit B to Plaintiff's Application is a page-compliant version of the brief that includes images [*see* ECF No. 25-2], demonstrating that Plaintiff was able to meet this Court's page

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

limitations but made a tactical decision to also submit a larger brief. Indeed, while Plaintiff's Application lacks evidentiary support, it does contain legal argument, thus further extending Plaintiff's page limit to Hyatt's detriment and without notice, meet and confer, or good cause.

For these reasons, Hyatt respectfully requests that the Court deny Plaintiff's Application, strike Plaintiff's Opposition [ECF No. 26], and direct Plaintiff to instead file the page-compliant version of his brief [ECF No. 25-2].

DATED: June 18, 2025

REED SMITH LLP

By: */s/ Terence N. Hawley*
Terence N. Hawley (SBN 179106)

*Attorneys for Defendant*
*Hyatt Corporation*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## L.R. 11-6.2. CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Hyatt Corporation, certifies that this brief contains 771 words, which:

_X_ complies with the word limit of L.R. 11-6.1.

__ complies with the word limit set by court order dated [date].

DATED: June 18, 2025

*/s/ Terence N. Hawley*
Terence N. Hawley